## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                                       Case No: 15-10182-RAM
                                                                                          Chapter 13

Marlen Moreno
Walter Portillo

       Debtors.
_____/

## MOTION TO WITHDRAW AS COUNSEL
*Emergency Motion Requested*

Undersigned, Daniel M Keil, Esquire (the Firm) and pursuant to Local Rule 2090-1, moves for the entry of an order approving and formalizing its withdrawal as counsel for Marlen Moreno and Walter Portillo, the debtors and in support avers as follows:

1. The Firm has represented the debtors since the filing of the voluntary petition on January 6, 2015.

2. Irreconcilable differences have arisen between the Debtors and the Firm such that the Firm can no longer represent the Debtor in this case.

3. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing withdrawal as counsel for the Debtors, and (b) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtors as follows:

        Marlen Moreno & Walter Portillo
        3361 NW 16th Terr
        Miami, FL 33125

4. Debtors have been sent a copy by Certified Mail of the instant motion and the implications thereunder.

5. An emergency hearing is needed because debtors counsel needs to withdraw before the 2004 examination scheduled for November 5, 2015 ECF #65.

WHEREFORE, the Firm requests the entry of an order (a) an Emergency Hearing (b) authorization to withdraw as the undersigned counsel for the Debtors, (c) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtor and (d) any further relief as this Court may deem just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 290-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned served a copy of the foregoing Motion this  29th    day of October  2015 via electronic transmission to all parties associated with cm/ecf docketing systems and all parties on the attached service list.

Submitted by,

 */s/ Daniel M. Keil, Esq.*
Daniel M. Keil, Esq.
Florida Bar No. 181663
Daniel M. Keil, PA
Counsel for Debtors
6500 Cowpen Road, Suite 301
Miami, FL 33014
Tel: (305) 821-5500
Fax: (305) 821-9066
Email: bankruptcy@keillaw.com

<u>Via Email</u>
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov
Nancy K. Neidich
e2c8f01@ch13herkert.com
**Bank of America, N.A.**
Ronald R Wolfe & Associates, P.L.
**Teresa M Hair**
Brock & Scott, PLLC
midbkmail@wolfelawfl.com

**Bayview Loan Servicing, LLC**
**Reka Beane**
Brock & Scott, PLLC
midbkmail@wolfelawfl.com

**Shaina M Druker**
Brock & Scott, PLLC
midbkmail@wolfelawfl.com

<u>Via US Mail</u>
**Teresa M Hair**
Brock & Scott, PLLC
POB 25018
Tampa, FL 33622

**Shaina M Druker**
Brock & Scott, PLLC
P.O. Box 25018
Tampa, FL 33622-5018