

**ORDERED in the Southern District of Florida on November 13, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

In re:   Case No: 15-10182-RAM
         Chapter 13

Marlen Moreno
Walter Portillo
    Debtors
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE having come before the Court on November 10, 2015 at 9:00 a.m. upon

Daniel M Keil's Motion to Withdraw as counsel for Marlen Moreno and Walter Portillo [D.E

#66] and appropriate notice having been given, (the "Motion") and for reasons stated on the record it is,

**ORDERED** as follows:

1. The Motion is GRANTED.

2. Movant shall mail a copy of this order to Debtors forthwith.

3. Debtors may be served at the following address:

    3361 NW 14 Terrace Miami, FL 33125.

                                    ###


Submitted by:
Daniel Keil, Esquire is directed to serve a copy of the forgoing order to all parties of interest.